UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELLA MANKO,

                Plaintiff,

            -against-

LENOX HILL HOSPITAL, ET AL.,

                Defendants.

21-CV-1725 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    By order dated July 11, 2013, the Court barred Plaintiff from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Manko v. Schlesinger*, ECF 1:12-CV-9059, 11 (S.D.N.Y. July 11, 2013). Plaintiff brings this new *pro se* action, without prepaying the filing fees or submitting an application to proceed IFP. Plaintiff is required to seek leave from the Court to bring an action without prepaying the filing fee, and the Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the July 11, 2013 order.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  March 1, 2021
           New York, New York

                                                COLLEEN McMAHON
                                         Chief United States District Judge