UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLA MANKO,<br><br>                              Plaintiff,<br><br>         -against-<br><br>LENOX HILL HOSPITAL, ET AL.,<br><br>                              Defendants. | 21-CV-1725 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the July 11, 2013 order in *Manko v. Schlesinger*, ECF 1:12-CV-9059, 11 (S.D.N.Y. July 11, 2013), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 1, 2021
            New York, New York

                                                          _____
                                                                    COLLEEN McMAHON
                                                          Chief United States District Judge