UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NELLA MANKO,

                          Plaintiff,

                  -against-

LENOX HILL HOSPITAL; DANA A. MANNOR, M.D.;
NEW YORK STATE UNIFIED COURT SYSTEM;
NEW YORK STATE COURT OF APPEALS; DECORATO &
COHEN LLP; GARSON, GERSPACH, DECORATO & COHEN,
LLP; DECORATO COHEN SHEEHAN & FEDERICO LLP;
GARSON DECORATO & COHEN, LLP; LENOX HILL
ANESTHESIOLOGY PLLC; L.H. RADIOLOGISTS, P.C.;
ALAN TIKOTSKY, M.D.; MATTHEW B. LUBIN, M.D.;
ELTON STRAUSS, M.D.; THE MOUNT SINAI HOSPITAL;
THE MOUNT SINAI MEDICAL CENTER, INC.;
BENJAMIN A. NACHAMIE, M.D.; HERBERT S. SHERRY, M.D.;
IRINA AVRUCHEVSKAYA, M.D.; SUSAN LEVIT, M.D.;
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP;
KAUFMAN BORGEEST & RYAN LLP; CITY OF NEW YORK;
BERNARD H. BROOME, ESQ.; NEW YORK CITY TRANSIT
AUTHORITY; PROFESSIONAL EVALUATION GROUP, INC.;
LAW OFFICE OF BERNARD H. BROOME, PLLC;
MEDREVIEW, INC.; LAW OFFICES OF DAVID A. GABAY;
LAW OFFICES OF DAVID A. GABAY, P.C.;
RAWLINGS COMPANY, LLC; GORDON & SILBER, P.C.;
DAVID A. GABAY, ESQ.; SHOREFRONT APARTMENTS, LLC;
THE STATE OF NEW YORK; ET AL.,

                          Defendants.
-------------------------------------------------------------------x

CIVIL ACTION
No. 21-CV-1725 (CM)

NOTICE OF APPEAL
IN A CIVIL CASE

    NOTICE IS HEREBY GIVEN that the Plaintiff, **NELLA MANKO**, in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the following:

    a) ORDER OF DISMISSAL UNDER 28 U.S.C. 1651, dated March 1, 2021, of Chief United States District Judge Colleen McMahon, entered on March 1, 2021, and attached here too; and

    b) CIVIL JUDGMENT, dated March 1, 2021, of Chief United States District Judge Colleen McMahon, entered on March 1, 2021, which states: "IT IS ORDERED, ADJUDGED, AND DECREED that under the July 11, 2013 order in *Manko v. Schlesinger*, ECF 1:12-CV-9059, 11 (S.D.N.Y. July 11, 2013), the complaint is dismissed without prejudice.", and attached here too.

    This Appeal is taken from each and every part of ORDER OF DISMISSAL UNDER 28 U.S.C. 1651, dated March 1, 2021 and entered on March 1, 2021, and of CIVIL JUDGMENT, dated March 1, 2021 and entered on March 1, 2021, as well as from the whole thereof.

Dated: March 26, 2021

                                    *Nella Manko*
                                NELLA MANKO, Plaintiff, Pro Se,
                                1735 East 13th Street, Apt. 3K, Brooklyn, NY 11229
                                Telephone: (718) 375-9067

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| NELLA MANKO, | |
|---|---|
| Plaintiff, | 21-CV-1725 (CM) |
| -against- | ORDER OF DISMISSAL |
| LENOX HILL HOSPITAL, ET AL., | UNDER 28 U.S.C. § 1651 |
| Defendants. | |

COLLEEN McMAHON, Chief United States District Judge:

By order dated July 11, 2013, the Court barred Plaintiff from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Manko v. Schlesinger*, ECF 1:12-CV-9059, 11 (S.D.N.Y. July 11, 2013). Plaintiff brings this new *pro se* action, without prepaying the filing fees or submitting an application to proceed IFP. Plaintiff is required to seek leave from the Court to bring an action without prepaying the filing fee, and the Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the July 11, 2013 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  March 1, 2021
        New York, New York

                                                    COLLEEN McMAHON
                                                    Chief United States District Judge


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLA MANKO,<br><br>                             Plaintiff,<br><br>       -against-<br><br>LENOX HILL HOSPITAL, ET AL.,<br><br>                             Defendants. | 21-CV-1725 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the July 11, 2013 order in *Manko v. Schlesinger*, ECF 1:12-CV-9059, 11 (S.D.N.Y. July 11, 2013), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 1, 2021
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge