**MANDATE**

S.D.N.Y. – N.Y.C.
21-cv-1725
McMahon, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of January, two thousand twenty-two.

Present:

Dennis Jacobs,
Reena Raggi,
William J. Nardini,
*Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **January 26, 2022**

---

Nella Manko,

*Plaintiff-Appellant,*

v.                                                           21-814

Lenox Hill Hospital, et al.,

*Defendants-Appellees.*

---

Appellant, pro se, moves for leave to proceed in forma pauperis ("IFP"), for a stay, and permission to enlarge the record on appeal. Upon due consideration, it is hereby ORDERED that the IFP motion is DENIED as unnecessary because Appellant has paid the filing fee, the remaining motions are DENIED, and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 01/26/2022**