UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

NELLA MANKO,                                                                                    **CIVIL ACTION**
                                                                    Plaintiff,                **21-CV-1725 (CM)**

                        -against-
LENOX HILL HOSPITAL, DANA A. MANNOR, M.D.,
NEW YORK STATE UNIFIED COURT SYSTEM,
DECORATO COHEN SHEEHAN & FEDERICO LLP,
GARSON DECORATO & COHEN, LLP, DECORATO & COHEN LLP,              **MOTION**
GARSON, GERSPACH, DECORATO & COHEN, LLP,                         **FOR LEAVE TO**
LENOX HILL ANESTHESIOLOGY PLLC,                                  **PROCEED**
ANESTHESIOLOGIST (A FICTITIOUS NAME),                            **IN FORMA**
L.H. RADIOLOGISTS, P.C., MATTHEW B. LUBIN, M.D.,                 **PAUPERIS**
ALAN TIKOTSKY, M.D., BENJAMIN A. NACHAMIE, M.D.,                 **ON APPEAL**
HERBERT S. SHERRY, M.D., ELTON STRAUSS, M.D.,
THE MOUNT SINAI HOSPITAL, CARDILLO & KEYSER, P.C.,
THE MOUNT SINAI MEDICAL CENTER, INC.,
IRINA AVRUCHEVSKAYA, M.D., SUSAN LEVIT, M.D.,
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP,
KAUFMAN BORGEEST & RYAN LLP, BERNARD H. BROOME, ESQ.,
LAW OFFICE OF BERNARD H. BROOME, PLLC, C. CARDILLO, P.C.,
NEW YORK CITY TRANSIT AUTHORITY, MEDREVIEW, INC.,
PROFESSIONAL EVALUATION GROUP, INC., CITY OF NEW YORK,
DAVID A. GABAY, ESQ., LAW OFFICES OF DAVID A. GABAY,
LAW OFFICES OF DAVID A. GABAY, P.C., GABAY LAW GROUP P.C.,
RAWLINGS COMPANY, LLC, STATE OF NEW YORK,
APPELLATE DIVISION - SECOND DEPARTMENT,
APPELLATE DIVISION - FIRST DEPARTMENT,
NEW YORK STATE COURT OF APPEALS, JOSHUA R. COHEN, ESQ.,
LINDA J. DECORATO, ESQ., DAVID BLOOM, ESQ.,
INSOURCE STRATEGIES, INC., GORDON & SILBER, P.C.,
ANDREW B. KAUFMAN, ESQ., SHOREFRONT APARTMENTS CO,
LAW OFFICE OF MARK S. FRIEDLANDER, DHCR,

                                                                    **Defendants.**
------------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 20 2023

   I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed in forma
pauperis on appeal. This motion is supported by the attached affidavit.


Dated:   March 20, 2023
         Brooklyn, New York                     *Nella Manko*
                                                NELLA MANKO, Plaintiff, Pro Se
                                                1735 East 13th Street, Apt. 3K,
                                                Brooklyn, NY 11229
                                                Tel. No.: (718) 375-9067

## Application to Appeal In Forma Pauperis

Nella Manko _____ v. Lenox Hill Hospital, et :   Appeal No. 23-289 _____

District Court or Agency No. 21-cv-1725

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Nella Manko* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: March 20, 2023 |

My issues on appeal are: (required):
To reverse Order, dated January 30, 2023, filed on January 30, 2023, and mailed to the Plaintiff on January 31, 2023, of United States District Judge Colleen McMahon, and to restore civil action No. 21-CV-1725.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0.00 | $N/A | $0.00 | $N/A |
| Self-employment | $0.00 | $N/A | $0.00 | $N/A |
| Income from real property (such as rental income) | $0.00 | $N/A | $0.00 | $N/A |

12/01/2013 SCC

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $0.00 | $N/A | $0.00 | $N/A |
| Gifts | $0.00 | $N/A | $0.00 | $N/A |
| Alimony | $N/A | $N/A | $N/A | $N/A |
| Child support | $N/A | $N/A | $N/A | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $766.50 | $N/A | $816.00 | $N/A |
| Disability (such as social security, insurance payments) | $N/A | $N/A | $N/A | $N/A |
| Unemployment payments | $N/A | $N/A | $N/A | $N/A |
| Public-assistance (such as welfare) | $132.25 | $N/A | $137.50 | $N/A |
| Other (specify): | $0.00 | $N/A | $0.00 | $N/A |
| **Total monthly income:** | $898.75 | $ 0 | $953.5 | $ 0 |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $N/A |
| N/A | N/A | N/A | $N/A |
| N/A | N/A | N/A | $N/A |

3.    *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $N/A |
| N/A | N/A | N/A | $N/A |
| N/A | N/A | N/A | $N/A |

4.  *How much cash do you and your spouse have?* $ 5.00

    *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| CHASE | Chase Checking | $99.01 | $N/A |
| Fidelity | Cash Management | $5.55 | $N/A |
| N/A | N/A | $N/A | $N/A |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.  *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $N/A | (Value) $ N/A | (Value) $N/A |
| N/A | N/A | Make and year: N/A |
| | | Model: N/A |
| | | Registration #: N/A |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $N/A | (Value) $ N/A |
| Make and year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration #: N/A | N/A | N/A |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $N/A | $ N/A |
| N/A | $N/A | $ N/A |
| N/A | $N/A | $ N/A |
| N/A | $N/A | $ N/A |

7.   State the persons who rely on you or your spouse for support.

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | |
| N/A | N/A | |
| N/A | N/A | |

8.   Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?   ☐ Yes ☑ No<br>Is property insurance included?   ☐ Yes ☑ No | $831.02 | $N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $43.00 | $N/A |
| Home maintenance (repairs and upkeep) | $0.00 | $N/A |
| Food | $0.00 | $N/A |
| Clothing | $0,00 | $N/A |
| Laundry and dry-cleaning | $5.00 | $N/A |
| Medical and dental expenses | $0.00 | $N/A |

- 4 -

| | | | |
|---|---|---|---|
| Transportation (not including motor vehicle payments) | | $ 15.00 | $N/A |
| Recreation, entertainment, newspapers, magazines, etc. | | $0.00 | $N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | | |
| | Homeowner's or renter's: | $ N/A | $ N/A |
| | Life: | $ N/A | $ N/A |
| | Health: | $ N/A | $ N/A |
| | Motor vehicle: | $ N/A | $ N/A |
| | Other: | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | | $ N/A | $ N/A |
| Installment payments | | | |
| | Motor Vehicle: | $N/A | $N/A |
| | Credit card (name): Nella Manko | $40.00 | $N/A |
| | Department store (name): | $N/A | $N/A |
| | Other: | $N/A | $N/A |
| Alimony, maintenance, and support paid to others | | $N/A | $N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | | $ N/A | $ N/A |
| Other (specify): | | $ N/A | $ N/A |
| **Total monthly expenses:** | | $ 934.02 | $ 0 |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes    ☑ No    If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☑ Yes ☐ No

    *If yes, how much?* $ 17,000.00

11.   *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
none

12.   *Identify the city and state of your legal residence.*

City Brooklyn                          State New York

Your daytime phone number: 718-375-9067

Your age: 72          Your years of schooling: 20

Last four digits of your social-security number: 7575

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NELLA MANKO,                                                    CIVIL ACTION
                                    Plaintiff,                  21-CV-1725 (CM)
            -against-
LENOX HILL HOSPITAL, et al.,
                                    Defendants.                 CERTIFICATE OF SERVICE
------------------------------------------------------------X

      I, NELLA MANKO, declare under penalty of perjury that on **March 20, 2023,** I served true and correct copies of the following papers: **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL, dated March 20, 2023,** and **AFFIDAVIT IN SUPPORT OF MOTION, dated March 20, 2023.**

      The method of service on each of said persons or corporations was **CM/ECF of Pacer.**

Dated:  March 20, 2023
        Brooklyn, New York

*Nella Manko*
NELLA MANKO, Plaintiff, Pro Se
1735 East 13th Street, Apt. 3K,
Brooklyn, NY 11229
Telephone No.: (718) 375-9067